**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| ***In re* Challenge Mfg. Company Data Breach Litigation** | Lead Case No. 1:26-cv-01951-HYJ-SJB<br>Hon. Hala Y. Jarbou<br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT CHALLENGE MFG. COMPANY, LLC'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

Defendant Challenge Manufacturing Company ("Challenge"), by and through its undersigned counsel of record, moves to dismiss the Consolidated Class Action Complaint ("Complaint") filed by Plaintiffs Christy Oros, Amanda Thomsen, Wendy Parry, and Steven Dykman (collectively the "Plaintiffs") in its entirety with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) for lack of Article III standing and, alternatively, Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. In support of their Motion, Challenge incorporates by reference the Brief accompanying this Motion.

WHEREFORE, Challenge respectfully requests that this Court grant the Motion to Dismiss Plaintiffs' Complaint in its entirety and with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) for lack of Article III standing and, alternatively, Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

Dated: November 13, 2026

Respectfully submitted,

By: */s/ Ashley Orler*
Ashley Orler (P80856)
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
20 N. Wacker Drive, Suite 4120
Chicago, IL 60606
Tel: (773) 661-4710
aorler@constangy.com

Andrew Chase (*Pro Hac Vice* Forthcoming)
Chasity Henry (*Pro Hac Vice* Forthcoming)
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
45 Main Street, Suite 206
Brooklyn, NY 11201
Tel.: (646) 341-6549
achase@constangy.com
chenry@constangy.com

*Attorneys for Defendant Challenge Mfg. Company, LLC*

**DECLARATION OF SERVICE**

I, Tamara May, a non-attorney, declare that on November 13, 2026, I caused ***Defendant Challenge Mfg. Company, LLC's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint*** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to all counsel of record.

*/s/ Tamara May*______________________
Tamara May